CARLETON R. BURCH, ESQ.
Nevada Bar No. 010527
crb@amclaw.com
BRIAN L. BRADFORD, ESQ.
Nevada Bar No. 009518
blb@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
777 North Rainbow Boulevard, Suite 145
Las Vegas, Nevada 89107
Telephone: (702) 479-1010
Facsimile: (702) 479-1025

Attorneys for Defendants
Preferred Property Management, LLC and Gary V. Gumm

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MIRIAM LEMUS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PREFERRED PROPERTY MANAGEMENT, LLC, a Nevada limited liability company; GARY V. GUMM, an individual; ROE business organizations I-X; DOE individual I-X,<br><br>　　　　Defendants. | Case No. 2:11-cv-00198-GMN-LRL<br><br>SUBSTITUTION OF COUNSEL |

Defendants Preferred Property Management, LLC and Gary V. Gumm (collectively, "Defendants") hereby substitute Carleton R. Burch, Esq. and Brian L. Bradford, Esq. of the law firm of Anderson, McPharlin & Conners LLP in the place and stead of Michael D. Rawlins, Esq. and Bradley S. Slighting, Esq. of the law firm of Durham Jones & Pinegar, P.C. as counsel of record for Defendants. This Substitution of Counsel may be executed in counterparts.

DATED this 22 day of March, 2011.

PREFERRED PROPERTY MANAGEMENT, LLC

By: _____

Its: ___manager___

The law firm of Durham Jones & Pinegar, P.C. hereby agrees and consents to the substitution of the law firm of Anderson, McPharlin & Conners LLP as counsel of record for Defendants in this matter. This Substitution of Counsel may be executed in counterparts.

DATED this 28 day of Feb., 2011.

DURHAM JONES & PINEGAR, P.C.

By _____
Micahel D. Rawlins, Esq.
Nevada Bar No. 005467
Bradley S. Slighting, Esq.
Nevada Bar No. 010225
10785 W. Twain Avenue, Ste. 200
Las Vegas, Nevada 89135

The law firm of Anderson, McPharlin & Conners LLP hereby accepts substitution as counsel of record for Defendants in this matter. This Substitution of Counsel may be executed in counterparts.

DATED this 4th day of MARCH, 2011.

ANDERSON, McPHARLIN & CONNERS LLP

By _____
Carleton R. Burch, Esq.
Nevada Bar No. 010527
Brian L. Bradford, Esq.
Nevada Bar No. 009518
777 North Rainbow Boulevard, Suite 145
Las Vegas, Nevada 89107
Attorneys for Defendants
Preferred Property Management, LLC and Gary V. Gumm

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: March 28. 2011

2

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of ANDERSON, MCPHARLIN & CONNERS LLP and that on this 24th day of March 2011, I did cause a true copy of **SUBSTITUTION OF COUNSEL** to be served via the Court's CM/ECF eservice system to the parties as set forth on the attached Electronic Mail Notice List.

By _____
An Employee of
ANDERSON, MCPHARLIN & CONNERS LLP

3

# Mailing Information for a Case 2:11-cv-00198-GMN -LRL

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **James P. Kemp**
  jp@kemp-attorneys.com,jpkempesq@aol.com,bvaldez@kemp-attorneys.com

- **Michael D. Rawlins**
  mrawlins@djplaw.com,csimmons@djplaw.com

- **Bradley S Slighting**
  bslighting@djplaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`