CARLETON R. BURCH, ESQ.
Nevada Bar No. 010527
crb@amclaw.com
BRIAN L. BRADFORD, ESQ.
Nevada Bar No. 009518
blb@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
777 North Rainbow Boulevard, Suite 145
Las Vegas, Nevada  89107
Telephone: (702) 479-1010
Facsimile: (702) 479-1025

Attorneys for Defendants
Preferred Property Management, LLC and Gary V. Gumm

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MIRIAM LEMUS, | Case No. 2:11-cv-00198-GMN-LRL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER OF DISMISSAL, WITH PREJUDICE** |
| PREFERRED PROPERTY MANAGEMENT, LLC, a Nevada limited liability company; GARY V. GUMM, an individual; ROE business organizations I-X; DOE individual I-X, | |
| Defendants. | |

Pursuant to the Settlement Agreement entered by and between them, Defendants Preferred Property Management, LLC and Gary V. Gumm and Plaintiff Miriam Lemus, by and through their respective undersigned counsel, hereby stipulate to dismiss this entire case as between them, with prejudice, each side to bear their own fees and costs.

. . .

. . .

. . .

. . .

. . .

. . .

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
777 No. RAINBOW BLVD., SUITE 145
LAS VEGAS, NEVADA 89107
TEL (702) 479-1010 • FAX (702) 479-1025

1    This Stipulation may be executed in counterparts which, when taken together, shall be

2    considered to be a whole.

3    DATED this 1st day of June, 2011.

4    ANDERSON, McPHARLIN & CONNERS LLP

6    By  *Brian L. Bradford*

7    Carleton R. Burch, Esq.
     Nevada Bar No. 010527
8    Brian L. Bradford, Esq.
     Nevada Bar No. 009518
9    777 North Rainbow Boulevard, Ste. 145
     Las Vegas, Nevada  89107
10   Attorneys for Defendants

11   DATED this ___ day of June, 2011.

12   KEMP & KEMP

14   By  _____

15   James P. Kemp, Esq.
     Nevada Bar No. 006375
16   7435 W. Azure Drive, Ste. 110
     Las Vegas, Nevada  89130
17   Attorneys for Plaintiff

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
777 NO. RAINBOW BLVD., SUITE 145
LAS VEGAS, NEVADA  89107
TEL (702) 479-1010 • FAX (702) 479-1025

872063.1 5809.063

This Stipulation may be executed in counterparts which, when taken together, shall be considered to be a whole.

DATED this ___ day of June, 2011.

ANDERSON, McPHARLIN & CONNERS LLP

By _____
    Carleton R. Burch, Esq.
    Nevada Bar No. 010527
    Brian L. Bradford, Esq.
    Nevada Bar No. 009518
    777 North Rainbow Boulevard, Ste. 145
    Las Vegas, Nevada 89107
    Attorneys for Defendants

DATED this 1st day of June, 2011.

KEMP & KEMP

By _____
    James P. Kemp, Esq.
    Nevada Bar No. 006375
    7435 W. Azure Drive, Ste. 110
    Las Vegas, Nevada 89130
    Attorneys for Plaintiff

**ORDER**

**IT IS SO ORDERED** this 1st day of June, 2011.

_____
Gloria M. Navarro
United States District Judge

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
777 No. RAINBOW BLVD., SUITE 145
LAS VEGAS, NEVADA 89107
TEL (702) 479-1010 • FAX (702) 479-1025